Sydney **HERRON, a minor, by and through her Guardian ad litem, John HERRON, Plaintiff—Appellant,**

v.

**UNITED STATES of America, Defendant—Appellee.**

No. 01–56128.

D.C. No. CV–00–01645–TJW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 3, 2002.

Decided June 6, 2002.

Before O'SCANNLAIN, RYMER, and THOMAS, Circuit Judges.

\* This disposition is not appropriate for publication and may not be cited to or by the courts

---

MEMORANDUM \*

Since the district court's decision in this case, we rendered our opinion in *McGraw v. United States*, 281 F.3d 997 (9th Cir. 2002), *pet. for reh. and reh. en banc pending*. *McGraw* refines the rule on accrual of certain medical malpractice claims brought under the Federal Tort Claims Act, 28 U.S.C. §§ 2671–2680. We reverse and remand, as the issue of subject matter jurisdiction was briefed and resolved in the district court without reference to *McGraw*.

REVERSED AND REMANDED.

of this circuit except as may be provided by Ninth Circuit Rule 36–3.